IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARCHROCK SERVICES, L.P., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | NO. 4:18-CV-01712 |
| | § | |
| ROBERT L. ESHLEMAN, | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
ORIGINAL COMPLAINT AND VERIFIED APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiff Archrock Services, L.P. ("Archrock") and Defendant Robert L. Eshleman ("Eshleman") hereby agree and stipulate that Eshleman shall have additional time, up to and including July 23, 2018, to file an Answer or otherwise respond to Plaintiff's Original Complaint and Verified Application for Temporary Restraining Order and Preliminary Injunction filed on May 24, 2018 (Dkt. #2) and served on Eshleman on June 1, 2018.

The additional time will allow Archrock and Eshleman to conduct investigation of the facts alleged in Plaintiff's Original Complaint. This extension is sought in good faith, and not for the purpose of undue delay. This stipulation does not and shall not be considered an appearance by Eshleman or a waiver of his rights to object to or challenge this Court's exercise of personal jurisdiction over him or this matter.

*/s/ Mark J. Levine*

Mark J. Levine (Attorney-in-Charge)
State Bar No. 00791102
S.D. Texas No. 20021
Weycer, Kaplan, Pulaski & Zuber, P.C.
11 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: (713) 961-9045
Facsimile: (713) 961-5341
mlevine@wkpz.com

OF COUNSEL:
Alexandra Ledyard
State Bar No. 24087903
S.D. Texas No. 221151
Weycer, Kaplan, Pulaski & Zuber, P.C.
11 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: (713) 961-9045
Facsimile: (713) 961-5341
aledyard@wkpz.com

ATTORNEY FOR PLAINTIFF
ARCHROCK SERVICES, L.P.

*/s/ Allan H. Neighbors, IV*

Allan H. Neighbors, IV (Attorney-in-Charge)
State Bar No. 24033660
S.D. Texas No. 34398
LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
1301 McKinney Street, Suite 1900
Houston, Texas  77010
Telephone: 713.951.9400
Facsimile:  713.513.5971
aneighbors@littler.com

ATTORNEY FOR DEFENDANT
ROBERT ESHLEMAN

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2018, I electronically filed the foregoing document using the CM/ECF system, which will automatically send notification of this filing to all counsel of record.

*/s/ Allan H. Neighbors, IV*
Allan H. Neighbors, IV

Firmwide:155228684.1 999999.1976

**Page 2**