United States District Court
Southern District of Texas
**ENTERED**
June 13, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Archrock Services, LP, | § § § § | |
| Plaintiff, | § | |
| versus | § § | Civil Action H-18-1712 |
| Robert L. Eshleman, | § § § | |
| Defendant. | § | |

## Order Extending Time

By July 23, 2018 Robert L. Eshleman may answer or otherwise respond. (6)

Signed on June 13, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge