# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☐ Dryden  ☐ Reiter  ☑ CL |
| DATE | 09/04/2018 |
| TIME | 12:20 p.m. — 12:50 p.m. |
| CIVIL ACTION | H — 18 — 1712 |
| STYLE | Archrock Services versus Robert Eshleman |

## Docket Entry

☑ Conference;  ☐ Hearing;  _____ day  ☐ Bench  ☐ Jury Trial  (Rptr: G. Dye)

Alexandra Ledyard _____ for  ☑ Ptf. #____  ☐ Deft. #____
Allan Neighbors _____ for  ☐ Ptf. #____  ☑ Deft. #____
_____ for  ☐ Ptf. #____  ☐ Deft. #____
_____ for  ☐ Ptf. #____  ☐ Deft. #____

☐  All motions not expressly decided are denied without prejudice.

☐  **Evidence taken** [exhibits or testimony].

☐  Argument heard on:  ☐ all pending motions;  ☐ these topics:

_____

☐  Motions taken under advisement: _____

☑  Order to be entered.

☑  Internal review set: ~~11/04/2018~~ 10/21/2018

☐  Rulings orally rendered on: _____