United States District Court
Southern District of Texas
**ENTERED**
September 05, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Archrock Services, L.P., | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-18-1712 |
| Robert L. Eshleman, | § § § | |
| Defendant. | § | |

## Discovery Order

1. Archrock Services, L.P., will talk to Larry Stuart of Stuart P.C., attorney for CSI/CLLP, Robert L. Eshleman's employer, and coordinate an inspection of Eshleman's issued computer. It is admonished that cooperation is in everybody's interest. This case will take a turn for the worse if the computer has been tampered with and any files are missing.

2. Archrock and Eshleman will schedule a date in early to mid October for Eshleman's deposition.

3. Archrock's discovery requests will be crafted to fit this case and should not be standard form requests.

Signed on September 5, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge